No. 90–30. WILLIAMS *v.* MOSBACHER, SECRETARY OF COM-MERCE. C. A. 4th Cir. Certiorari denied.

No. 90–31. CROSS ET UX., INDIVIDUALLY AND AS ADMINIS-TRATORS OF THE ESTATE OF THEIR MINOR CHILD, CROSS *v.* SHELL OIL CO. C. A. 5th Cir. Certiorari denied.

No. 90–32. SECRETARY OF STATE OF FLORIDA ET AL. *v.* WALKER ET AL. C. A. 11th Cir. Certiorari denied.

No. 90–33. CORNING NATURAL GAS CORP. *v.* NORTH PENN GAS CO. C. A. 3d Cir. Certiorari denied.

No. 90–35. FORETICH *v.* LIFETIME CABLE ET AL. C. A. D. C. Cir. Certiorari denied.

No. 90–37. MALCOMSON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 90–39. FRAZIER *v.* OHIO. Ct. App. Ohio, Medina County. Certiorari denied.

No. 90–40. FOSTER ET VIR *v.* STEIN ET UX. Sup. Ct. Fla. Certiorari denied.

No. 90–42. LANE, TRUSTEE, ET AL. *v.* SULLIVAN ET AL. C. A. 8th Cir. Certiorari denied.

No. 90–48. SEELIG ET AL. *v.* KOEHLER, CORRECTION COMMIS-SIONER OF THE CITY OF NEW YORK, ET AL. Ct. App. N. Y. Certiorari denied.

No. 90–49. LOCKARD ET UX. *v.* MISSOURI PACIFIC RAILROAD CO. ET AL.; and
No. 90–117. MISSOURI PACIFIC RAILROAD CO. *v.* RAY, DBA ROSELLA RAY'S BOARDING HOUSE, ET AL. C. A. 8th Cir. Cer-tiorari denied. Reported below: 894 F. 2d 299.

No. 90–52. ALUMINUM COMPANY OF AMERICA *v.* ALM. Sup. Ct. Tex. Certiorari denied.